570 A.2d 1319

**SPRINGDALE TOWNSHIP, Appellant,**

v.

**ALLEGHENY COUNTY BOARD OF PROPERTY ASSESSMENT, APPEALS AND REVIEW**

and

**West Penn Power Company**

and

**County of Allegheny.**

Supreme Court of Pennsylvania.

Argued March 8, 1990.

Decided March 21, 1990.

Reargument Denied May 21, 1990.*

John G. Arch, Poughkeepsie, for appellant.

James J. Dodaro, County Sol., Ira Weiss, Deputy, Poughkeepsie, for Allegheny County.

Patrick J. Loughney, Poughkeepsie, for Allegheny County Bd. of Property Assessment, Appeals and Review.

Lawrence A. Demase, Rose, Schmidt, Chapman, Duff & Hasley, C. Andrew McGhee, Pittsburgh, for West Penn Power Co.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

* McDermott and Papadakos, JJ., did not participate in the consideration or decision of this matter.

248

McDERMOTT and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.